420515

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

FRANCIS E. DOSAL, CLERK
(612) 664-5000

Case Number: 01-CV-1017 (MJD/JGL)

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Eunice P. de Carvalho, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Richard T. Rossier, an attorney admitted to practice in the United District Court, District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendants Certified Angus Beef, LLC, and American Angus Association in the cause(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

7/27/01
(Date)

Eunice P. de Carvalho
(Signature)

Minnesota Attorney
License Number: MN #257473

Law Firm: Faegre & Benson LLP
Suite/Bldg: 22 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Richard T. Rossier, am currently a member in good standing of the United States District Court for the District of Columbia but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-1017 (MJD/JGL)

Judge Assigned: Michael J. Davis/~~Jonathan G. Lebedoff~~

Case Title: GFI America, Inc. v. Certified Angus Beef, LLC and American Angus Association

7/23/01
(Date)

Richard T. Rossier
(Type/Print Name)

(Signature)

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
(Social Security No.)

334649
(Atty. License No.)

6/17/81
(Dates of Admission)

Law Firm: McLeod, Watkinson & Miller
Suite/Bldg: 800
Street Address: One Massachusetts Avenue, NW
City, State Zip: Washington D.C. 20001
Telephone: (202) 842-2345

Motion Granted; Richard D. Sletten
For the Court, ~~Francis E. Dosal, Clerk~~

JUL 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500