420515

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

FRANCIS E. DOSAL, CLERK
(612) 664-5000

Case Number: 01-CV-1017 (MJD/JGL)

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Eunice P. de Carvalho, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Alex Mendendez, an attorney admitted to practice in the United States District Courts for the Districts of Southern Florida, Eastern Virginia, Columbia and Maryland, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendants Certified Angus Beef, LLC, and American Angus Association in the cause(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

7/27/01
(Date)

Eunice P. de Carvalho
(Signature)

Minnesota Attorney
License Number: MN #257473

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Alex Menendez, am currently a member in good standing of the U.S. District Courts for the Districts of Southern Florida, the Eastern District of Virginia, the District of Columbia and the District of Maryland, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-1017 (MJD/JGL)

Judge Assigned: Michael J. Davis/Jonathan G. Lebedoff

Case Title: GFI America, Inc. v. Certified Angus Beef, LLC and American Angus Association

7/23/01
(Date)

Alex Menendez
(Type/Print Name)

(Signature)

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
(Social Security No.)

MD023814
(Atty. License No.)

2/23/93 (S.D. Fla); 3/29/96 (Md.); 12/13/96 (E.D.Va); 12/6/99 (D.C.)
(Dates of Admission)

Law Firm: McLeod, Watkinson & Miller
Suite/Bldg: 800
Street Address: One Massachusetts Avenue, NW
City, State Zip: Washington D.C. 20001
Telephone: (202) 842-2345

Motion Granted; Richard D. Sletten
~~For the Court, Francis E. Dosal, Clerk~~

JUL 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______