**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| GFI America, Inc.,<br>Plaintiff/Counter Defendant,<br><br>v.<br><br>Certified Angus Beef, LLC,<br>Defendant/Counter Plaintiff,<br><br>and<br><br>American Angus Association,<br>Defendant. | ) | Civil Action No. 01-CV-1017 (MJD/JGL)<br><br>STIPULATION FOR CONSENT JUDGMENT AND PERMANENT INJUNCTION, AND ORDER |

GFI America, Inc. ("GFI"), Certified Angus Beef, LLC ("CAB"), and American Angus Association ("American Angus"), by their signatures hereto having jointly requested, and consented to, the entry of the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Court has jurisdiction over the subject matter and the parties to this action; and it is

FURTHER ORDERED that by their execution hereof, all parties hereto have waived any and all rights of appeal or objection hereto and any and all rights to contest the validity or enforceability of this Stipulation and Order; and it is

FURTHER ORDERED that GFI, and any and all parents, subsidiaries, divisions, affiliates, successors and successors in interest of GFI, and any and all agents or representatives thereof who receive actual notice of this Stipulation and Order be, and they hereby are, permanently enjoined and restrained:

FILED 8-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-12-02
DEPUTY CLERK

1. From using the marks GFI has sought to register with the United States Trademark Office specifically described as "PRIDE OF THE DAKOTA'S, USDA CERTIFIED BLACK ANGUS BEEF," Serial No. 76/102426; and "PRIDE OF THE DAKOTA'S, USDA CERTIFIED BLACK ANGUS BEEF & Design," Serial No. 76/102427. GFI has withdrawn its applications for the registration of these two marks and is hereby enjoined from seeking federal registration for these marks in the future.
2. From using the mark "USDA CERTIFIED BLACK ANGUS BEEF."
3. From using the mark "CERTIFIED ANGUS BEEF."
4. From using the word "CERTIFIED" or any mark or logo that contains the word "CERTIFIED" on any product labeled as "Angus Beef" or primary or secondary packaging for any such product, except that GFI may use the word "CERTIFIED" or a logo or mark that contains the word "CERTIFIED" on the primary or secondary packaging for a product labeled as "ANGUS BEEF" provided that all of the following conditions are satisfied with respect to each use: (1) the word "CERTIFIED" as used in such separate logo or mark does not appear on the same side or panel of the package or box (whether primary or secondary packaging) as the words "ANGUS BEEF;" (2) the word "CERTIFIED" as used in such separate logo or mark is part of a phrase containing at least four words; (3) the word "CERTIFIED" as used on that separate logo or mark is not the last word of the phrase as it appears in that logo or mark; (4) the word "CERTIFIED" is used as either an adverb, adjective, or verb; and (5) the word "CERTIFIED" appears in a font or typeface no larger than the other words of the logo or mark; and it is

FURTHER ORDERED that this Court shall retain continuing jurisdiction over this action for the purpose of enforcing, if and as necessary, the provisions hereof and of the Settlement Agreement dated July 19, 2002, previously executed by the parties hereto; and it is

FURTHER ORDERED that in all other respects, this action is dismissed with prejudice, on the merits, and without costs or fees to either party.

CERTIFIED ANGUS BEEF, LLC

Dated: July 26, 2002

By: M. James Riemann
Name: M. JAMES RIEMANN
Title: PRESIDENT

AMERICAN ANGUS ASSOCIATION

Dated: July ___, 2002

By: ____________________________
Name:

Title:

Approved as to form:

MCLEOD, WATKINSON & MILLER

Dated: July ___, 2002

By: ____________________________
Richard T. Rossier
One Massachusetts Avenue, N.W., #800
Washington, D.C. 20001
(202) 842-2345

Approved as to form:

FAEGRE & BENSON LLP

Dated: July ___, 2002

By: Julie K. Chosy
Julie Knox Chosy (#225228)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

CERTIFIED ANGUS BEEF, LLC

Dated: July ___, 2002

By: ____________________________
Name:

Title:

AMERICAN ANGUS ASSOCIATION

Dated: July 26, 2002

By: ____________________________
Name: John Crouch

Title: Executive Vice President

Approved as to form:

MCLEOD, WATKINSON & MILLER

Dated: July ___, 2002

By: ____________________________
Richard T. Rossier
One Massachusetts Avenue, N.W., #800
Washington, D.C. 20001
(202) 842-2345

Approved as to form:

FAEGRE & BENSON LLP

Dated: July ___, 2002

By: ____________________________
Julie Knox Chosy (#225228)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

GFI AMERICA , INC.

Dated: July ___, 2002

By: ____________________________
Name:
Title:

Approved as to form:

FULBRIGHT & JAWORKSI L.L.P.

Dated: ~~July~~ August 2, 2002

By: [signature]
Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402

IT IS SO ORDERED.

Dated: ____________________

____________________________
MICHAEL J. DAVIS
U.S. DISTRICT COURT JUDGE

GFI America, Inc. v. Certified Angus Beef, LLC, et al., Civil No.: 01-1017 (MJD/JGL)

GFI AMERICA , INC.

Dated: July 29, 2002

By: ______________________
Name: Joseph M. Goldberger
Title: Executive VP

Approved as to form:

FULBRIGHT & JAWORKSI L.L.P.

Dated: July ___, 2002

By: ______________________
Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402

IT IS SO ORDERED.

Dated: Aug. 12, 2002

______________________
MICHAEL J. DAVIS
U.S. DISTRICT COURT JUDGE